UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Jeffrey Rose, as husband and personal representative of June Rose, v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 3:11-cv-12905-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on July 19, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
          Deputy Clerk

Dated:  July 31, 2013

Digitally signed by David R. Herndon
Date: 2013.07.31 09:58:58 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT